UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
IN RE:

LAURIE MOSCA

Chapter 13

Case No. 16-36790-CGM

                                            Debtor(s)
--------------------------------------------------------------x

## CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION OF PLAN PAYMENTS

    KRISTA M. PREUSS, Chapter 13 Trustee, reports to the Court that the above-named Debtor(s) has made all payments to the Chapter 13 Trustee as required by the Confirmed Chapter 13 Plan.


Dated: White Plains, New York
      NOVEMBER 16, 2021



                         /s/ Krista M. Preuss
                         Krista M. Preuss
                         Chapter 13 Trustee
                         399 Knollwood Road, Suite 102
                         White Plains, New York 10603
                         914-328-6333