# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

In re: LAURIE MOSCA Case No.: 16-36790-CGM-13

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

KRISTA M. PREUSS, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/18/2016.
2) The plan was confirmed on 06/15/2017.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/20/2019, 06/30/2020, 06/30/2020, 08/20/2019.
5) The case was completed on 10/08/2021.
6) Number of months from filing or conversion to last payment: 60.
7) Number of months case was pending: 62.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 15,720.00.
10) Amount of unsecured claims discharged without full payment: 31,268.53.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $14,313.30 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $14,313.30 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $2,415.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $1,168.11 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $3,583.11 |

Attorney fees paid and disclosed by debtor: $585.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BERKS CREDIT & COLLECT | Unsecured | 79.00 | NA | NA | .00 | .00 |
| BERKS CREDIT & COLLECT | Unsecured | 137.00 | NA | NA | .00 | .00 |
| CREDIT COLLECT SVCS | Unsecured | 82.00 | NA | NA | .00 | .00 |
| CREDIT COLLECT SVCS | Unsecured | 1,234.00 | NA | NA | .00 | .00 |
| CREDIT COLLECT SVCS | Unsecured | 440.00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY COOMP | Unsecured | 2,317.00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY COOMP | Unsecured | 437.00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY COOMP | Unsecured | 2,317.00 | NA | NA | .00 | .00 |
| GINNYS | Unsecured | 501.00 | NA | NA | .00 | .00 |
| HORIZON FINANCIAL MGMT | Unsecured | 1,851.00 | NA | NA | .00 | .00 |
| HORIZON FINANCIAL MGMT | Unsecured | 359.00 | NA | NA | .00 | .00 |
| HORIZON FINANCIAL MGMT | Unsecured | 495.00 | NA | NA | .00 | .00 |
| HUDSON HERITAGE FCU | Unsecured | 253.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

In re: LAURIE MOSCA                                Case No.: 16-36790-CGM-13

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JEFFREY G LERMAN PC | Unsecured | 475.00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROUP | Unsecured | 143.00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROUP | Unsecured | 137.00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROUP | Unsecured | 137.00 | NA | NA | .00 | .00 |
| PINNACLE CREDIT SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| QUANTUM3 GROUP, LLC AS AGENT | Secured | 9,767.44 | 9,767.44 | 9,767.44 | 9,767.44 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,430.00 | 1,430.43 | 1,430.43 | 73.10 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 61.50 | 61.50 | 2.54 | .00 |
| SANTANDER CONSUMER USA INC., D/B | Unsecured | 21,344.50 | 17,455.35 | 17,455.35 | 887.11 | .00 |
| SCHILLER & KNAPP LLC | Unsecured | NA | NA | NA | .00 | .00 |
| SEVENTH AVENUE | Unsecured | 465.00 | NA | NA | .00 | .00 |
| THE REMIT CORP | Unsecured | 1,038.00 | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS | Unsecured | 387.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 9,767.44 | 9,767.44 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 9,767.44 | 9,767.44 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 18,947.28 | 962.75 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $3,583.11 |
| Disbursements to Creditors: | $10,730.19 |
| **TOTAL DISBURSEMENTS:** | $14,313.30 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 12/27/2021                          By: /s/KRISTA M. PREUSS
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.